# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Shannon L. Floyd, Attorney at Law, Bar No. 9016 | Case No. 2:22-ms-00066<br>ORDER OF SUSPENSION |

On December 20, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. However, the OSC was returned from the United States Postal Service marked "Return to Sender – Unclaimed – Unable to Forward." However, the OSC provided Ms. Floyd with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Shannon L. Floyd. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Shannon L. Floyd, Bar No. 9016, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 16th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on the 27th day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Shannon L. Floyd
> 1109 Donax Ave.
> Imperial Beach, CA 91932

Certified Mail No.: 7020 3160 0000 7420 3302

> /s/ Sharon H.
> Deputy Clerk
> United States District Court
> District of Nevada